IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVETTE SMITH,<br><br>    Plaintiff,<br><br>        v.<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:14-CV-622-TWT |

**ORDER**

This is a wrongful foreclosure action.  It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for failure to state a claim.  The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED with prejudice.

SO ORDERED, this 2 day of May, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Smith\14cv622\r&r.wpd